

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GEORGE SANCHEZ,

                        Plaintiff,              Index No. 04 CIV. 7710 (CM)

      - against -

TAP PHARMACEUTICALS, INC.

                      Defendant.
-------------------------------------------------------------x

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants, through their undersigned counsel, who are authorized by their respective clients to execute this Stipulation, that the above-captioned action is dismissed, with prejudice to Plaintiff, and with no award of attorneys' fees, costs and/or disbursements to any side.

LAW OFFICE OF                           PATTERSON, BELKNAP,
PAUL N. CISTERNINO, P.C.            WEBB & TYLER LLP

By: _____         By: _____
    Paul N. Cisternino, Esq. (PC 0317)        Ellen Martin, Esq. (EM 5129)
Attorney for Plaintiff                    Attorney for Defendant
701 Westchester Ave., St. 308W         1133 Avenue of the Americas
White Plains, NY 10604                  New York, New York 10036-6710

Dated: 3/17/05                              Dated: 4/22/05

SO ORDERED
_____
HON. COLLEEN MCMAHON, USDJ

                                                April 26, 2005
                                                Dated White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

8

1157229v1